UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:08-cr-537-T-23EAJ

STEVEN KATZ
_____/

**ORDER**

Claiming that an entry in his presentence report is "incorrect and misleading" and complaining of possible adverse effects, Katz moves (Doc. 23) to remove from his pre-sentence report paragraph 28 under "Other Criminal Conduct," which describes Katz's arrest for domestic violence and concludes with "No Information Filed."

Katz acknowledges that he was arrested, agrees that the prosecution was dismissed, and states that the arrest was "not take[n] into consideration in sentencing." However, he is concerned that the entry "could adversely affect any furloughs or halfway house considerations [that he] may otherwise have options to."

The parties and the court reviewed and adopted without objection the factual content of the pre-sentence report at the sentencing. The time to object has passed, and the pre-sentence report is no longer subject to amendment. United States v. Peluso, 824 F.2d 914 (11th Cir. 1987). Katz's motion (Doc. 23) to correct his pre-sentence report is **DENIED**.

ORDERED in Tampa, Florida, on June 4, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE