UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO.  8:08-cr-537-T-23EAJ

STEVEN KATZ
_____/

**ORDER**

Katz moves (Doc. 25) for "a complete copy of my court files inclusive of all transcripts and motions, evidence and any pleadings."[*] The motion is **DENIED**. United States v. Warmus, 151 Fed. Appx. 783 (11th Cir. 2005); United States v. Lewis, 37 F. 3d 1510 (table), 1994 WL 563442 (10th Cir. 1994); Skinner v. United States, 434 F.2d 1036 (5th Cir. 1970); Walker v. United States, 424 F.2d 278 (5th Cir. 1970).  See also United States v. MacCollom, 426 U.S. 317, 96 S. Ct. 2086 (1976).

ORDERED in Tampa, Florida, on January 14, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] The docket contains a transcript of neither the re-arraignment nor the sentencing.